*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

**JUDGMENT IN A CIVIL CASE**

**JUSTO RICHARDS,**
        Petitioner,

     -against-                                            9:13-CV-00377 LEK

**BRANDON J. SMITH, Superintendent, Mid-State Correctional Facility, et al.,**
        Respondent.

[ ]         **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]         **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is DISMISSED and judgment is entered in favor of the Respondents as against the Petitioner, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated April 10, 2013.

DATED: August 1, 2014

ENTERED 8/1/2014
BY PTM

*[signature]*
Clerk of Court

-S-
PTM
Deputy Clerk